**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| WILLIAM WARDLAW, | * | |
| Petitioner, | * | CASE NO. 4:04-CV-93-3 (HL) |
| | | 28 U.S.C. § 2255 |
| VS. | * | |
| | | CASE NO. 4:01-CR-45-3 (HL) |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

## ORDER DENYING COA

Petitioner Wardlaw has filed a Notice of Appeal [82] of the denial of his Motion To Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C.§ 2255 [62], and a Motion For Certificate of Appealability thereon.  The court found in its own de novo review of Petitioner's Motion that none of the claims raised by Wardlaw in his § 2255 Motion were supported by credible evidence. [78]. Likewise, in response to Petitioner's Motion to Alter or Amend Judgment pursuant to Federal Rules of Civil Procedure Rule 59(e) [80], the court found that Petitioner had failed to demonstrate clear error, present newly discovered evidence, or otherwise satisfy the requirements of a Rule 59(e) motion.

Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right.  This Court finds that Petitioner Wardlaw has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).  Accordingly, the application for a COA is **DENIED.**  Should Petitioner's Notice of Appeal be construed as also moving for leave to Proceed *In Forma Pauperis,* the same is also **DENIED AS MOOT.**

**SO ORDERED,** this 8th day of November  2005.

s/   Hugh Lawson
**HUGH LAWSON, JUDGE**