# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| **WILLIAM WARDLAW,** | : | |
| | : | |
| **Movant,** | : | |
| | : | |
| v. | : | Criminal Action No. 4:01-cr-45-3 (HL) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | Civil Action No. 4:07-cv-95 (HL) |
| | : | |
| **Respondent.** | : | |

## ORDER

Movant, William Wardlaw, has filed a document (Doc. 100 & 101), which he has identified as a combined Motion for Reconsideration and Notice of Appeal from this Court's Order of July 17, 2007, accepting the Recommendation of the Magistrate Judge and dismissing his second 28 U.S.C. § 2255 motion. The Court has considered the arguments presented in support of reconsideration but finds they offer nothing to persuade the Court that its decision was in error. Therefore the Motion for Reconsideration is denied.

The United States Court of Appeals for the Eleventh Circuit has mandated that courts construe a notice of appeal from the denial of a § 2255 motion as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). Edwards v. United States, 114 F.3d 1083, 1084 (11th Cir. 1997). A COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). For the reasons stated in the Magistrate Judge's Recommendation and this Court's Order accepting the same, the Court finds that Wardlaw has not made a substantial showing of the denial of a constitutional

right. Accordingly, the application for a COA is denied.

Also before the Court is Wardlaw's Motion for Permission to Appeal in Forma Pauperis (Doc. 104). Said motion is denied as moot.

**SO ORDERED**, this the 4th day of October, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls